UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUEEN M. ALLEN & <br> WALTRINA R. WHITMAN <br> Plaintiffs, <br><br> v. <br><br> VERIZON WIRELESS, METLIFE, <br><br> Defendants. | CIVIL NO. 3:12-CV-00482-(JCH) <br><br><br> AUGUST 5, 2014 |

## JOINT STATUS REPORT

*Pro se* plaintiffs Queen M. Allen ("Allen") and Waltrina R. Whitman ("Whitman"), on their own behalf, and the defendants Verizon Wireless ("Verizon") and Metropolitan Life Insurance Company s/h/a MetLife ("MetLife"), by and through their undersigned counsel of record, respectfully submit this Joint Status Report. The undersigned represent the following:

1. On July 8, 2013, plaintiffs filed their Sixth Amended Complaint ("Complaint"). (Doc. No. 133).

2. Defendant MLS Group of Companies ("MLS") filed its Answer to the Complaint on July 22, 2013. (Doc. No. 138).

3. Defendant Professional Disability Associates ("PDA") filed its motion to dismiss the plaintiff's Complaint on August 2, 2013. (Doc. No. 139).

4. MetLife filed its Answer to the Complaint on August 5, 2013. (Doc. No. 143).

5. Verizon Wireless filed its Answer to the Complaint on August 5, 2013. (Doc. No. 142).

6. In an Order dated September 10, 2013, the Court referred this matter for a settlement conference in front of Magistrate Judge Holly Fitzsimmons. (Doc. No. 154).

7. In an Order Appointing Counsel dated September 10, 2013, the Court appointed Attorney Gregory D. Adler for the plaintiffs for settlement purposes in this matter. (Doc. No. 155).

8. During a pre-settlement teleconference on September 19, 2013, Judge Fitzsimmons scheduled a settlement conference for November 4, 2013. (Doc. Nos. 158-165).

9. During the settlement conference on November 4, 2013, plaintiffs settled their claims with PDA and MLS, but their claims against MetLife and Verizon Wireless were not resolved. (Doc. Nos. 167-169). Plaintiffs' claims against PDA and MLS were subsequently dismissed with prejudice. (Doc. No. 168).

10. On January 30, 2014, the Court granted attorney Greg D. Adler's unopposed motion to withdraw as counsel to plaintiffs in this matter.

11. The remaining parties have served and responded to written discovery.

12. Plaintiffs' depositions in this matter had been noticed for February 20 and 21, 2014.

13. On February 18, 2014, MetLife moved to compel discovery responses from both Plaintiffs. (Doc Nos. 180-181). As a result of these pending motions, Defendants postponed Plaintiffs' depositions.

14. On March 17, 2014, the Court held a hearing on MetLife's motions to compel and ordered Plaintiffs to produce information relating to claimed damages and medical treatment related thereto. (Doc No. 185). The Court further entertained briefing on the appointment of a special master to review Plaintiffs' medical records, to which Defendants objected.

15. On May 19, 2014, the Court ordered Plaintiffs to disclose all damages claimed and obtain and produce any medical records for the period of 2009 to the present that refer to any of those claimed damages. (Doc No. 192). On June 24, 2014, the Court ordered plaintiffs to file their statement of damages by July 2, 2014 and to produce any responsive medical records by August 15, 2014. (Doc. 197)

16. On July 7, 2014, Defendants received Plaintiffs' Statement of Damages via mail. A redacted version of this Statement of Damages was filed on July 28, 2013. (Doc. No. 201).

17. As of this date, Defendants have yet to receive any supplemental medical records from the Plaintiffs. The Plaintiffs report that they are in the process of reviewing their medical records and will submit any supplemental medical records to the Defendants no later than August 15, 2014.

18. Per the Court's order, the deadline to complete all discovery in this matter is thirty days from when Plaintiff's produce their medical records and dispositive motions are to be filed thirty days following the close of discovery. (*See* Doc No. 188).

Respectfully submitted,

DEFENDANT,
VERIZON WIRELESS

By: */s/ Sarah Skubas*
Sarah Skubas (CT28327)
Jackson Lewis P.C.
90 State House Square, 8th floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: sarah.skubas@jacksonlewis.com

DEFENDANT,
METLIFE

By: */s/ Michael Bernstein*
Michael H. Bernstein (CT28178)
Matthew P. Mazzola (CT29192)
Sedgwick, LLP
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Tel: (212) 422-0202
Fax: (212) 422-0925
E-mail: michael.bernstein@sedgwicklaw.com

PLAINTIFFS.

By: */s/ Queen Allen*
Queen Allen
1 Deer Meadow Drive Apt 1
Bloomfield, CT 06002

By: */s/ Waltrina Whitman*
Waltrina R. Whitman
1 Deer Meadow Dr. Apt. 1
Bloomfield, CT 06002

4851-9569-0524, v. 2