# TAB 1

**EXHIBIT 20**

**FINAL WRITTEN WARNING DATED 7-13-10**

verizon wireless

## Managing Your Time Off (MYTO) Memo

| DATE: | July 13, 2010 |
|---|---|
| TO: | Queen Allen |
| EMP #: | 475965 |
| D.O.H. | 11/8/2004 |
| FROM: | Arlene Semrow |
| RE: | Attendance - Final Written Warning |

Verizon Wireless depends on you and the value you bring to the business. Therefore, your attendance is extremely important to the success of the Company. Although sickness and other emergencies cannot always be anticipated, unscheduled absences impede Verizon Wireless' ability to meet business and customer requirements. For this reason, the Company expects that you will report to work for all scheduled hours.

Generally, the guidelines for attendance are as follows:

| # of Unscheduled Illness/Absence (UI/A) Hours based on employee hire date | Verbal Warning | Written Warning | Final Written Warning | Termination of Employment |
|---|---|---|---|---|
| Employees hired prior to 1/1/09 | > 49 Unscheduled Illness/Absence (UI/A) Hours | > 58 Unscheduled Illness/Absence (UI/A) Hours | > 67 Unscheduled Illness/Absence (UI/A) Hours | > 75 Unscheduled Illness/Absence (UI/A) Hours |

The purpose of this memo is to inform you of your current attendance status. According to your attendance tracking record, you have missed the following time from work that is not covered by Vacation, Personal [1], ESN, FML or applicable state laws, or workplace arrangements/reasonable accommodations under the ADA or applicable state laws.

1/05/10 – 3 Hrs UIA
1/07/10 – 8 Hrs UIA
1/08/10 – 8 Hrs UIA
1/11/10 – 8 Hrs UIA
2/02/10 – 1 Hr UIA
6/14/10 – 8 Hrs UIA – STD/CFML denied
6/15/10 – 8 Hrs UIA – STD/CFML denied – 4 Hrs Paid/4 Hrs Unpaid
6/16/10 – 8 Hrs UIA Unpaid - STD/CFML denied
6/17/10 - 8 Hrs UIA Unpaid - STD/CFML denied
6/18/10 - 8 Hrs UIA Unpaid - STD/CFML denied
6/21/10 - 8 Hrs UIA Unpaid - STD/CFML denied
6/22/10 - 8 Hrs UIA Unpaid - STD/CFML denied
6/23/10 - 8 Hrs UIA Unpaid - STD/CFML denied
7/02/10 - 8 Hrs UIA Unpaid
7/13/10 – 1 Hr UIA Unpaid

Total: 101 Hours

This Final Written Warning will be in effect for nine (9) months from the date the warning is issued. Additional Unscheduled/Illness Absence hours may result in further disciplinary action up to and including termination of employment. MYTO warnings will remain in place for the duration of time referenced above and may carry into the next calendar year. In the event you are absent from the business for an extended period of time, due to an approved STD claim, leave under the Family and Medical Leave Act or any other approved or unapproved Leave of Absence, the duration of your warning will be suspended until you return to an active status on the payroll. Once you have returned to work, your warning will be reactivated and remain in effect for the remainder of the duration of the warning.

Please be advised that Verizon Wireless does provide an Employee Assistance Program to all employees. This is a resource for counseling and support services and can be reached by calling 1-888-441-8674. Additionally, Verizon Wireless has contracted with Work Options Group ('http://www.workoptionsgroup.com') to provide you with additional resources when you have an emergency care situation.

Employee's Signature    7/14/10    Supervisor's Signature    7/14/10
                        7/14/10

[1] To the extent you utilized a Personal or Vacation day in conjunction with an IFMLA absence and MetLife subsequently denied your claim for IFML, this paid, non-FML protected absence will count against your Acceptable Attendance standard as Unscheduled Illness/Absence time.

**EXHIBIT 28**

**UNSIGNED MYTO THAT WAS INCLUDED IN ALLEN's EMPLOYEE FILE – FILE WAS SENT MAY 2011**

Case 3:12-cv-00482-JCH   Document 282-1   Filed 07/07/15   Page 5 of 5
Case 3:12-cv-00482-JCH   Document 12   Filed 05/31/12   Page 147 of 157

verizonwireless

## Managing Your Time Off (MYTO) Memo

DATE: September 22nd, 2010
TO: Queen Allen
EMP #: 475965
D.O.H. 11/8/2004
FROM: Deb Bushman
RE: Attendance - Verbal Warning

Verizon Wireless depends on you and the value you bring to the business. Therefore, your attendance is extremely important to the success of the Company. Although sickness and other emergencies cannot always be anticipated, unscheduled absences impede Verizon Wireless' ability to meet business and customer requirements. For this reason, the Company expects that you will report to work for all scheduled hours.

Generally, the guidelines for attendance are as follows:

| # of Unscheduled Illness/Absence (UI/A) Hours based on employee hire date | Verbal Warning | Written Warning | Final Written Warning | Termination of Employment |
|---|---|---|---|---|
| Employees hired prior to 1/1/09 | > 49 Unscheduled Illness/Absence (UI/A) Hours | > 58 Unscheduled Illness/Absence (UI/A) Hours | > 67 Unscheduled Illness/Absence (UI/A) Hours | > 75 Unscheduled Illness/Absence (UI/A) Hours |

The purpose of this memo is to inform you of your current attendance status. According to your attendance tracking record, you have missed the following time from work that is not covered by Vacation, Personal [1], ESN, FML or applicable state laws, or workplace arrangements/reasonable accommodations under the ADA or applicable state laws.

01/05/10 – 3 hrs UIA
01/07/10 – 8 hrs UIA
01/08/10 – 8 hrs UIA
01/11/10 – 8 hrs UIA
02/02/10 – 1 hour UIA
07/02/10 – 8 hrs UIA
07/13/10 – 1 hour UIA
08/19/10 – 1 hour UIA
09/08/10 – 1 hour UIA
09/20/10 – 1 hour UIA
09/20/10 – 7 hrs UIA-unpaid
09/21/10 – 8 hrs UIA-unpaid

**Total: 55 hours UIA**

This Verbal Warning will be in effect for three (3) months from the date the warning is issued. Additional Unscheduled/Illness Absence hours may result in further disciplinary action up to and including termination of employment. MYTO warnings will remain in place for the duration of time referenced above and may carry into the next calendar year. In the event you are absent from the business for an extended period of time, due to an approved STD claim, leave under the Family and Medical Leave Act or any other approved or unapproved Leave of Absence, the duration of your warning will be suspended until you return to an active status on the payroll. Once you have returned to work, your warning will be reactivated and remain in effect for the remainder of the duration of the warning.

Please be advised that Verizon Wireless does provide an Employee Assistance Program to all employees. This is a resource for counseling and support services and can be reached by calling 1-888-441-8674. Additionally, Verizon Wireless has contracted with Work Options Group ('http//www.workoptionsgroup.com') to provide you with additional resources when you have an emergency care situation.

_____    _____
Supervisor's Signature                Date

---

[1] To the extent you utilized a Personal or Vacation day in conjunction with an iFMLA absence and MetLife subsequently denied your claim for iFML, this paid, non-FML protected absence will count against your Acceptable Attendance standard as Unscheduled Illness/Absence time.